**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Juan Martinez, | CASE NO. 3:09-CV-1349-MHP (PR) |
| Plaintiff, | **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JUAN MANUEL MARTINEZ (H-24948)** |
| vs. | |
| Ernestine Robinson, Phil Early, in their individual capacities, | |
| Defendants. | |

Inmate-Plaintiff Juan Manuel Martinez (H-24948), is a necessary and material witness to the settlement conference scheduled to take place before the Honorable Nandor J. Vadas on November 19, 2010, at 9:00 a.m., at California State Prison-Solano at 2100 Peabody Road, Vacaville, CA.

Plaintiff Martinez is currently confined at Correctional Training Facility-Soledad ("CTF-Soledad"), in the custody of the Warden. To secure Plaintiff Martinez's attendance at this settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding his custodian to produce him at the abovementioned time and place, until the completion of this proceeding or as ordered by the Court, and thereafter to return Plaintiff Martinez to CTF-Soledad.

ACCORDINGLY, IT IS ORDERED THAT:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden of CTF-Soledad and the California Department of Corrections and

Rehabilitation to produce Inmate-Plaintiff Juan Manuel Martinez (H-24948) for a settlement conference on November 19, 2010, at 9:00 a.m., at California State Prison-Solano at 2100 Peabody Road, Vacaville, CA. until the completion of this proceeding or as otherwise ordered by the Court, and thereafter to return Plaintiff Martinez to CTF-Soledad.

2. The custodian is further ordered to notify the Court of any change in the custody of Plaintiff Martinez and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of CTF-Soledad:**

YOU ARE COMMANDED to produce Inmate-Plaintiff Juan Manuel Martinez (H-24948) for a settlement conference on November 19, 2010, at 9:00 a.m., at California State Prison-Solano at 2100 Peabody Road, Vacaville, CA. until the completion of this proceeding or as otherwise ordered by the Court, and thereafter to return Plaintiff Martinez to CTF-Soledad.

FURTHER, you have been ordered to notify the Court of any change in the custody of Inmate-Plaintiff Juan Manuel Martinez (H-24948), and have been ordered to provide a copy of this order to any new custodian.

Dated: October 21, 2010

_____
Nandor Vadas
United States Magistrate Judge



*Martinez v. Robinson, et al.*                                                                                      Case No.09-1349 MHP (PR)