Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)

Attorneys for Defendants Ernestine Robinson and Phil Early

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

JUAN MARTINEZ,

    Plaintiff,

vs.

ERNESTINE ROBINSON and PHIL EARLY, in their individual capacities,

    Defendants.

CASE NO. 3:09-CV-1349-MHP (PR)

STIPULATED REQUEST FOR DISMISSAL: [PROPOSED] ORDER

## STIPULATION

Plaintiff Juan Martinez, and Defendants Ernestine Robinson and Phil Early through their counsel, respectfully submit that, due to a settlement, this case should be dismissed with prejudice, with the parties to bear their own fees and costs.

SO STIPULATED:

Dated: 3/31/11

/s/ Juan Martinez

Dated:

LAW OFFICES OF NANCY E. HUDGINS

By: /s/ Matthew M. Grigg
MATTHEW M. GRIGG, Esq.
Attorneys for Defendants
Ernestine Robinson and Phil Early

**Order**

Pursuant to the stipulation by Plaintiff Juan Martinez and Defendants Ernestine Robinson and Phil Early, Plaintiff's Complaint against Defendants is hereby dismissed without prejudice. SO ORDERED this 20th day of April, 2011.

_____
Marilyn Hall Patel
U.S. District

